Order issued September 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00092-CV

**MICHAEL ARNOLD, ET AL., Appellants**

**V.**

**LIFE PARTNERS, INC., ET AL., Appellees**

## ORDER

Before the Court is appellee Life Partners, Inc.'s motion to refuse the brief of the State of Texas as amicus curiae or, alternatively, for leave to respond. We **DENY** the motion to the extent that it asks this Court to refuse the amicus curiae brief. We **GRANT** the alternative request for leave to respond. We **ORDER** appellee's response tendered to this Court on August 29, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE